IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MAURICE WILLIAMSON** **PLAINTIFF**
**#40224**

v.    Case No. 4:24-cv-00187-KGB

**TILMAN,** *et al.*    **DEFENDANTS**

## ORDER

Before the Court is the recommended disposition ("Recommendation") submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 4). *Pro se* plaintiff Maurice Williamson filed objections to the Recommendation (Dkt. No. 5). After conducting a *de novo* review of the record, including the Recommendation and Mr. Williamson's objections, the Court determines that Mr. Williamson's objections break no new legal ground. In his objections, Mr. Williamson makes representations about his income but does not submit a properly completed *in forma pauperis* application as required by Judge Volpe's March 1, 2024, Order (*Id.*, at 2). The Court therefore adopts the Recommendation in its entirety as this Court's findings in all respects (Dkt. No. 4). Mr. Williamson's complaint is dismissed without prejudice (Dkt. No. 2). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

It is so ordered this 2nd day of February, 2026.

Kristine G. Baker
Chief United States District Judge